# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEBRA JACKSON ET AL.,** )<br>　　Plaintiffs, )<br> )<br>**v.** )<br> )<br>**CITY OF SELMA, ET AL.,** )<br>　　Defendants. ) | <br><br><br><br>Civil Action No. 14-23-KD-N |

## JUDGMENT

In accordance with the Court's Order entered on this date, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. **JUDGMENT** is entered against Plaintiff and in favor of Defendants City of Selma, Chief William T. Riley, Sergeant Kenta Fulford and Sergeant Sam Miller on Counts One, Two, and Three of the Amended Complaint.

2. Plaintiffs' state law claims against all Defendants (Counts Four, Five, Six, Seven, Eight, and Nine) are **DISMISSED without prejudice**, as the Court declines to continue exercising supplemental jurisdiction over them pursuant to 28 U.S.C. § 1367.

**DONE** and **ORDERED** this the 13th day of February, 2015.

　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**